■ FRANK PASSARIELLO, Respondent, v JOSEPH LOCKOVICH, Appellant. [865 NYS2d 579]—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Richmond County (Gigante, J.), dated August 13, 2007, which denied his motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment (*see generally Alvarez v Prospect Hosp.,* 68 NY2d 320, 324 [1986]). Fisher, J.P., Lifson, Covello and Balkin, JJ., concur.